07-60040.o10

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 07-60040-CIV-COOKE-BROWN

NUTS & BOATS, INC., a Florida
corporation,
    Plaintiff,

vs.

M/V ATLAS, a 1988 37ft Wellcraft, her
engines, tackles, apparel, and other
appurtenances, *in rem*, and ERVIN
HARVEY, *in personam*,
    Defendants.
_____/

## ORDER RE: MOTION TO EXCLUDE

**THIS MATTER** is before this Court on Plaintiff's Motion to Exclude Defendants' Expert Witness Testimony, filed June 15, 2007 (D.E. 133). The Court has considered the motion and all pertinent materials in the file.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**, without prejudice, based on D.E. 162.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of August, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record