07-60040.o13

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  07-60040-CIV-COOKE-BROWN

NUTS & BOATS, INC., a Florida
corporation,

    Plaintiff,

vs.

M/V ATLAS, a 1988 37ft Wellcraft, her
engines, tackles, apparel, and other
appurtenances, *in rem*, and ERVIN
HARVEY, *in personam*,

    Defendants.
_____/

## ORDER GRANTING REQUEST FOR DISBURSEMENT OF FUNDS

**THIS MATTER** came before this Court on a Request of the Substitute Custodian for Disbursement of Funds, filed September 7, 2007.  The Court has considered the request and noted there are no objections to same or responses filed.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said request be and the same is hereby **GRANTED**, and the Clerk of the Court is directed to disburse the proceeds of the sale of the vessel, currently in the registry of the Court,  to the National Maritime Services as partial payment of the custodial

expenses.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of October, 2007.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Marcia G. Cooke
      Counsel of record and Ervin Harvey, defendant (fax 305 664-9009)