07-60040.o14

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 07-60040-CIV-BROWN

THIS IS A CONSENT CASE

NUTS & BOATS, INC., a Florida
corporation,

    Plaintiff,

vs.

M/V ATLAS, a 1988 37ft Wellcraft, her
engines, tackles, apparel, and other
appurtenances, *in rem*, and ERVIN
HARVEY, *in personam*,

    Defendants.
_____/

## ORDER RE: MOTION TO DISMISS COUNTS II AND IV

**THIS MATTER** is before this Court on plaintiff/counter-defendant's Motion to Dismiss Counts II and IV of Amended Counterclaim..., filed October 17, 2007 [D.E. 194]. The Court has considered the motion, the response, and all pertinent materials in the file.

Addressing first Count II, defendant concedes in the response that it should be dismissed. Accordingly, as to Count II, the motion to dismiss is **GRANTED**. With regard to Count IV, the motion is **DENIED**. Accepting the allegations as true (which we must), there is enough to withstand a motion to dismiss. Accepting as true for the sake of this motion that "[A]t the end of the day, Ervin Harvey simply cannot establish the bad faith underpinnings necessary...", then "at the end of the day" plaintiff will prevail ... but not at this stage of the proceedings.

The motion to dismiss all claims for lost future profits is **GRANTED**. Even defendant agrees that where there is a constructive total loss of the vessel, the element of damages is the value

of the lost vessel (see pages 3-4 of the response). Just considering the allegations is enough to support a finding of a constructive total loss of the vessel.

Finally, the response (page5) contains, in essence, a motion to amend. The Court will not entertain same in this fashion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of November, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record